IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LATRICIA EPPS, individually and on
behalf of all others similarly situated**                                                    **PLAINTIFF**

v.                                    Case No.  4:21-cv-00750 KGB

**STAT INFORMATIC SOLUTIONS, LLC**                                                          **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 5). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  For good cause shown, the Court adopts the joint stipulation of dismissal with prejudice, with the parties to bear their own costs and attorney's fees (Dkt. No. 5).

So ordered this 12th day of November, 2021.

_____
Kristine G. Baker
United States District Judge